UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bradley Vallem,

    Petitioner,

v.                              ORDER
                                Civil No. 06-114(MJD/AJB)

R. L. Morrison, Warden,

    Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated April 13, 2006.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated April 13, 2006.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2241 [Docket No. 1] is GRANTED. The Bureau of Prisons shall conduct an individualized review of Petitioner's CCC eligibility within ten (10) days following the issuance of this Order.

It is further Ordered that Petitioner's motion to consolidate [Docket No. 5] is denied as moot.

Date: May 16, 2006

                                                <u>s / Michael J. Davis</u>
                                                Michael J. Davis
                                                United States District Court